**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In Re:      Alton E. Thompson        )      Case No. 21-21416
                            Debtor      )

## MOTION TO MODIFY PLAN TO ABATE AND INCREASE PAYMENTS AND REQUEST FOR ATTORNEY COMPENSATION

**COMES NOW** Debtor, Alton E. Thompson, by and through Counsel, and for this Motion to Modify the Chapter 13 Plan to Abate and Increase Payments and Debtor's Counsel's Request for Compensation, shows the Court as follows:

1) On December 21, 2021, Debtor filed a Petition and Plan for Chapter 13 relief.

2) On April 26, 2022, Debtor's Plan was confirmed by Order of this Court.

3) Debtor has defaulted on Plan payments because he was unable to work due to an injury. Debtor has now returned to work and is able to continue making Plan payments.

4) Debtor is filing Amended Schedules I/J simultaneously with, and in support of this Motion.

5) Debtor's Counsel has performed additional work on this Case post-Confirmation for Debtor's Response (Doc. #33) to the Trustee's Motion to Dismiss, this Motion, and the Amended Schedules I/J, which Debtor's Counsel seeks compensation for and to be paid through the Plan.

6) In light of the foregoing, Debtor move the Court for an order that:

     a) directs the Chapter 13 Trustee to abate all defaulted Plan payments through **May 2022,** with increased monthly payments of **$1,000.00 to resume in June 2022, via wage order; and**

     b) awards Debtor's Counsel additional **attorney fees totaling $700.00** to be paid through the Plan for Debtor's Response ($250), this Motion ($250), and amended Schedules I/J ($200).

**WHEREFORE**, Debtor, for the foregoing reasons, requests the Court enter an order that:

a. directs the Chapter 13 Trustee to abate all defaulted Plan payments through **May 2022,** with increased monthly payments of **$1,000.00 to resume in June 2022, via wage order;** and

b. awards Debtor's Counsel additional **attorney fees totaling $700.00** to be paid through the Plan for Debtor's Response ($250), this Motion ($250), and amended Schedules I/J ($200).

c. For such further relief as the Court deems equitable and proper upon the premises.

Dated: June 6, 2022

Respectfully submitted,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergorup.com
ATTORNEY FOR DEBTOR(S)

## NOTICE WITH OPPORTUNITY FOR NON-EVIDENTIARY HEARING ON MOTION

**NOTICE IS HEREBY GIVEN** that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **June 28, 2022** the Court will enter an order prepared and submitted by the movant within ten (10) days of the objection deadline and no hearing will be held.

If an objection is timely filed, a non-evidentiary hearing will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room **151**, Kansas City, Kansas 66101, on **July 26, 2022 at 1:30 p.m.**, or as soon thereafter as the Court's schedule permits. If you file an objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022, the foregoing was delivered via e-mail to the parties registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

**[See attached mailing matrix]**

s/ Ryan A. Blay

Label Matrix for local noticing
1083-2
Case 21-21416
District of Kansas
Kansas City
Thu Feb 17 18:29:56 CST 2022

Account Resolution Corp
17600 Chesterfield Airport Rd
STE 201
Chesterfield MO 63005-1246

Account Resolution Corp
700 Goddard Ave
Chesterfield MO 63005-1100

Account Resolution Corp
Attn: Bankruptcy
PO Box 3860
Chesterfield MO 63006-3860

Ad Astra Recovery Service
7330 W 33rd ST N STE 118
Wichita KS 67205-9370

Athletico Physical Therapy
600 Oakmont Ln, Ste. 600C
Westmont IL 60559-5548

Capital One Bank USA NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Capital One Bank USA NA
PO Box 31293
Salt Lake City UT 84131-0293

Capital One NA
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Child Support Enforcement
415 SW 8th, 2nd Fl.
Topeka KS 66603-3949

Chrysler Capital
PO Box 961275
Fort Worth TX 76161-0275

Credit One Bank
6801 S Cimarron Road
Las Vegas NV 89113-2273

Donnette Thompson
600 Friendship Way #102
Culpeper VA 22701-4336

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

Internal Revenue Service
Centralized Insolvency Ops
Post Office Box 7346
Philadelphia PA 19101-7346

Johnson County Wastewater
118S Sunset Dr., Ste. 2500
Olathe KS 66061

(p)JOHNSON COUNTY  KANSAS
ATTN ATTN TAMMY HENDRIX
111 S CHERRY STREET
SUITE 3200
OLATHE KS 66061-3487

KC Disposal
10011 Woodend Rd
Kansas City KS 66111-1763

Kansas Child Suppord Enf
915 SW Harrison
Topeka KS 66612-1505

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66611-2005

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Michael Hurt
945 E. CHARLOTTE TOWN ROAD,
Olathe KS 66061-7104

NAVIENT  PC TRUST
C/O Navient Solutions, LLC.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Office of the Attorney General
Virginia Division of Child Support Enfor
Bankruptcy Unit
P.O. Box 71900
Henrico, VA 23255-1900

OneMain
100 International Drive
15th Floor
Baltimore MD 21202-4784

OneMain
Bankruptcy Dept
PO Box 6042
Sioux Falls SD 57117-6042

Phylandria Brown
115 Broad St.
Mount Holly NJ 08060-1463

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)SNAP ON CREDIT LLC
950 TECHNOLOGY WAY
SUITE 301
LIBERTYVILLE IL 60048-5339

Steven Schulte
8135 Woodland Dr.
Lenexa KS 66220-2903

U.S. Trustee
Office of the United States Trustee
301 North Main Suite 1150
Wichita, KS 67202-4811

Virginia Dept of Social Servic
attn: Child Support Division
801 E. Main St.
Richmond VA 23219-2901

Alton Earl Thompson
8600 Kessler St.
Overland Park, KS 66212-3541

Ryan A Blay
WM Law
15095 W 116th St
Olathe, KS 66062-1098

William H Griffin
5115 Roe Blvd Ste 200
Roeland Park, KS 66205-2393

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Johnson County Wastewater
PO Box 219948
Kansas City MO 64121-9948

Snap-On Credit
950 Technology Way
Suite 301
Libertyville IL 60048

(d)Snap-on Credit LLC
950 Technology Way
Suite 301
Libertyville, IL 60048

End of Label Matrix
Mailable recipients    35
Bypassed recipients     0
Total                  35