**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 7th day of July, 2022.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:        Alton E. Thompson              )        Case No. 21-21416
                                   Debtor        )

### <u>ORDER APPROVING DEBTOR'S MOTION TO MODIFY PLAN TO ABATE AND INCREASE PAYMENTS AND COUNSEL'S APPLICATION FOR COMPENSATION, DOC. NOS. 36 & 37</u>

On **June 6, 2022,** Debtor filed **Doc. Nos. 36 and 37,** the Motion to Modify Chapter 13 Plan to Abate and Increase Payments, and Debtor's Counsel's Application for Compensation (collectively the "Motions"). The Court finds that said Motions, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, are satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motions are granted hereby ordering that:

1. **Doc. No. 36** is granted hereby directing the Chapter 13 Trustee to abate all delinquent Plan payments through May 2022, with increased monthly payments of $1,000.00 to resume June 2022, via wage order.

2. **Doc. No. 37** is granted hereby awarding WM Law **$700.00** in attorney fees for work performed post-Confirmation, which is to be paid through the Plan.

**IT IS SO ORDERED.**

###

Respectfully Submitted By,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergorup.com
ATTORNEY FOR DEBTOR(S)


Approved by,

s/ W.H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311 / Fax 913-432-7857