**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 7th day of July, 2022.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

In Re:      Alton E. Thompson      )    Case No. 21-21416
                   Debtor     )

### ORDER APPROVING DEBTOR'S MOTION TO MODIFY PLAN TO ABATE AND INCREASE PAYMENTS AND COUNSEL'S APPLICATION FOR COMPENSATION, DOC. NOS. 36 & 37

On **June 6, 2022,** Debtor filed **Doc. Nos. 36 and 37,** the Motion to Modify Chapter 13 Plan to Abate and Increase Payments, and Debtor's Counsel's Application for Compensation (collectively the "Motions"). The Court finds that said Motions, having been noticed with an opportunity for hearing, with no objections filed, no hearing held, are satisfactory and therefore should be GRANTED.

**IT IS THEREFORE ORDERED** that said Motions are granted hereby ordering that:

1. **Doc. No. 36** is granted hereby directing the Chapter 13 Trustee to abate all delinquent Plan payments through May 2022, with increased monthly payments of $1,000.00 to resume June 2022, via wage order.

2. **Doc. No. 37** is granted hereby awarding WM Law **$700.00** in attorney fees for work performed post-Confirmation, which is to be paid through the Plan.

**IT IS SO ORDERED.**

###

Respectfully Submitted By,
WM Law

s/ Ryan A. Blay
Ryan A. Blay, MO #KS001066; KS #28110
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
blay@wagonergorup.com
ATTORNEY FOR DEBTOR(S)



Approved by,

s/ W.H. Griffin
Office of the Chapter 13 Trustee
William H. Griffin
5115 Roe Ave, Ste 200
Roeland Park, KS 66205-2393
Phone 913-677-1311 / Fax 913-432-7857

In re:

Alton Earl Thompson
     Debtor

Case No. 21-21416-RDB

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 1083-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 07, 2022 | Form ID: pdf020 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2022:**

**Recip ID**     **Recipient Name and Address**
db     +  Alton Earl Thompson, 8600 Kessler St., Overland Park, KS 66212-3541

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2022         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ryan A Blay | on behalf of Debtor Alton Earl Thompson blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |
| William H Griffin | inquiries@13trusteekc.com |

TOTAL: 3